IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AARON HERMAN, AHARON STEFANSKY, ALPHARD GROUP LLC, AVROHOM MEISELS, BENZION HALPERT, BHY NY LLC, CLEARCUT GLASS LLC, ELI EISENBACH, HALPERT FAMILY HOLDING LLC, HOTEL LAKE CHARLES LLC, ISRAEL SCHWARTZ, LELOV INVESTMENTS LLC, MEYER GODINGER, MORDECHAI BERNFELD, SHEA OSHER RABINOWITZ, ZE ESTATES LLC AND ZELIG EISENBACH<br>Plaintiffs,<br><br>v.<br><br>ABRAHAM BODEK AKA LAZER BODEK, PARK AVE CAPITAL III LLC, AND PARK CAPITAL ACQ LLC | No. _____<br><br>**VERIFICATION OF**<br><br>**MORDECHAI BERNFELD** |

STATE OF NEW JERSEY    )

COUNTY OF OCEAN        ) ss.

MORDECHAI BERNFELD, affirm under penalty of perjury, as follows:

1. I reside at 5 Shilo Road, Lakewood, NJ 08701. I am a Plaintiff in the above captioned action, and I am a member of Defendant Park Avenue Capital III LLC through my Limited Liability companies.

2. I am a Managing Member of Plaintiff CLEARCUT GLASS LLC, which is a New Jersey Limited Liability Company, that was formed on May 7, 2007. Its address is 1758 Ridge Avenue Lakewood, NJ 08701.

3. CLEARCUT GLASS LLC has invested $225,000.00 in Defendant Park Avenue Capital III LLC.

4. I have read the foregoing complaint and know the contents thereof and that the same are

true of my own knowledge except as to the matters therein stated to be alleged on information and belief, and as to those matters, I believe them to be true.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated      February 26, 2025                                        Mordechai Bernfeld