# Exhibit B – "Customer Information Forms"



# CUSTOMER INFORMATION FORM
For CORPORATE OWNER/MEMBER/MANAGER

For SBA use; this information is required as the source of data for ownership verification.

**BUSINESS NAME:** Alphard Group LLC        Suite 8

**ADDRESS:** 66 Chestnut ST

Yonkers            NY                10701
CITY              STATE              ZIP

**EIN:**

**PHONE NUMBER** _____

By signing this form, I certify under penalty of criminal prosecution that all information on this form and any additional information submitted with this form is true and complete to the best of my knowledge.

Signature _____ Date _____



# CUSTOMER INFORMATION FORM
For an individual OWNER/MEMBER/MANAGER

For SBA use; this information is required as the source of data for ownership verification.

**NAME:** Meir Godinger
FIRST          MIDDLE          LAST

**ADDRESS:** 164 Rodney St

Brooklyn          NY          11211
CITY          STATE          ZIP

**SOCIAL SECURITY NUMBER:** ███████

**DATE OF BIRTH:** _____

**EMAIL ADDRESS:** meiyer.n.y@gmail.com

**PHONE NUMBER:** _____

By signing this form, I certify under penalty of criminal prosecution that all information on this form and any additional information submitted with this form is true and complete to the best of my knowledge.

Signature _M.G._____    Date 12/07/21



# CUSTOMER INFORMATION FORM
For CORPORATE OWNER/MEMBER/MANAGER

For SBA use; this information is required as the source of data for ownership verification.

**BUSINESS NAME:** Halpert Family 2016 Trust

**ADDRESS:** 123 Harvard St

Lakewood     NJ     08701
CITY     STATE     ZIP

**EIN:** [redacted]

**PHONE NUMBER** 732-730-4775

By signing this form, I certify under penalty of criminal prosecution that all information on this form and any additional information submitted with this form is true and complete to the best of my knowledge.

Signature: *R. Halpert*     Date: 12/07/2021



# CUSTOMER INFORMATION FORM
For an individual OWNER/MEMBER/MANAGER

For SBA use; this information is required as the source of data for ownership verification.

**NAME:** Mordechai Bernfield
FIRST            MIDDLE            LAST

**ADDRESS:** 5 Shilo Rd

Lakewood            NJ            08701
CITY            STATE            ZIP

**SOCIAL SECURITY NUMBER:** ███████

**DATE OF BIRTH:** ███████

**EMAIL ADDRESS:** Mbbernfeld@gmail.com

**PHONE NUMBER:** _____

By signing this form, I certify under penalty of criminal prosecution that all information on this form and any additional information submitted with this form is true and complete to the best of my knowledge.

Signature _____  Date 12/07/2021