# Exhibit E – Demand for Accounting

Law Offices of Mordy Gross, LLP ● 221 Pine St, Lakewood, NJ 08701
mordygross@gmail.com ● (484) 680-0768
Admitted in NY and NJ

August 19, 2024

Abe Bodek
Park Ave Capital III LLC
10 Park Slope Terr.
Lakewood, NJ 08701
abe@evelopseo.com

Re: "Capital Call" Email dated May 29, 2024/ June 17, 2024/ June 27, 2024

Dear Mr. Bodek,

I represent several investors in Park Ave Capital III LLC ("the Company"), namely, Lelov Investments, LLC; Halpert Family Holdings LLC, Alphard Group LLC; Clearcut Glass LLC and A1 Management LLC (referred to hereinafter as my Clients).  In addition, several other investors of the Company have also expressed interest in joining with my clients in representation as they have expressed the same concerns as will be highlighted below.

My Clients are in receipt of your several emails referenced above calling for additional capital, hereinafter referred to as the "Capital Call" emails.  While not acknowledging that these "Capital Call" emails comply with the Operating Agreement or § 18-502a of the Delaware Limited Liability Company Act, my Clients have all reasonably asked you for detailed accounting statements to support your requests for Capital.  Unfortunately, none have been forthcoming.

There should be no need to remind you that under the Operating Agreement, Section 13(a), my Clients have a right to reasonable access to the books and records of the Company. These rights are further supported under Delaware law 6 Del. C. § 18-305.  In addition, my Clients have not received K1 statements for the 2023 years.

My Clients therefore demand that you make available, no later than August 31, 2024 the following information, (collectively, the "Documents",) which my Clients are entitled to pursuant to 6 Del. C. § 18-305:

(1) True and full information regarding the status of the business and financial condition of the Company as of August 15, 2024;
(2) A copy of the Company's federal, state and local income tax returns for 2021, 2022 and 2023;
(3) A current list of the name and last known business, residence or mailing address of each member and manager;
(4) A copy of any written limited liability company agreement and certificate of formation and all amendments thereto, together with executed copies of any written powers of attorney pursuant to which the limited liability company agreement and any certificate and all amendments thereto have been executed.  Considering that there are multiple <u>differing versions of the operating agreement</u>, in existence, which is greatly disturbing to the members to discover, they would like to verify the extent of such differences.

(5) True and full information regarding the amount of cash and a description and statement of the agreed value of any other property or services contributed by each member and which each member has agreed to contribute in the future, and the date on which each became a member; and

(6) Year to date (2024) monthly and quarterly financial statements, including but not limited to Cash Flow Statements, Income Statements and Balance Sheet Statements.

(7) A copy of the latest STR report for the Property managed by the Company.

These Documents are all necessary for my Clients to evaluate your "Capital Call", and my Clients therefore reserve all rights in responding to your "Capital Call".

Please feel free to contact me with any other questions or concerns.

Sincerely,

Mordy Gross, Esq.
Law Offices of Mordy Gross, LLP
221 Pine St,
Lakewood, NJ 08701
(484) 680-0768
mg@mordygross.com

2