# Exhibit F – Notice of Special Meeting

# Notice of Special Meeting of Members of PARK AVE CAPITAL III LLC

To: All Members of PARK AVE CAPITAL III LLC

Dated: September 25, 2024

You are hereby notified that a special meeting of the members of PARK AVE CAPITAL III LLC (the "Company") will be held on October 7th, 2024 at 5:00pm at the Law Offices of Mordy Gross, LLP, 221 Pine Street, Lakewood, NJ 08701.  The location may be updated prior to the meeting with 12 hours notice.

Pursuant to 6 Del. C. § 18-302, you may participate via conference call, the information appears below:

> Join Zoom Meeting
> https://us06web.zoom.us/j/81357179345?pwd=ZpebbTclbbiHvyCzbbwgwvDGa2IRQH.1
> Meeting ID: 813 5717 9345
> Passcode: 502484
> Dial In: +1 929 436 2866 US (New York)
> Find your local number: https://us06web.zoom.us/u/k8fqFE6kv
> One tap mobile
> +13052241968,,81357179345#,,,,*502484# US
> +13092053325,,81357179345#,,,,*502484# US

The purpose of the special meeting is to:

(a) Review the purported "Capital Call" emails by the Manager, dated June 17, 2024;
(b) Review the response of the Manager to the requests of the several Members for an accounting pursuant to 6 Del. C. § 18-305 sent to the Manager on August 19, 2024;
(c) Review of the performance of the Manager and any remedies thereof;
(d) Calling for motions or votes of the Members regarding any of the aforementioned issues.

Only members of record at the close of business on September 2, 2024 are entitled to notice of, and to vote at, this meeting and any adjournment or postponement thereof.

Whereas the Operating Agreement of the Company is silent as to any details regarding a meeting or special meeting of the members of the Company, the terms of the Delaware LLC Act govern, specifically, 6 Del. C. § 18-302; 18-109-111.  Therefore, the undersigned Members, representing more than 2/3 of the outstanding membership interests, call this meeting.

Sincerely,

| | |
|---|---|
| Alphard Group LLC | ClearCutGlass LLC |
| A1 Management LLC | Halpert Family Holdings |
| BHYNY LLC | Lelov Investments LLC |

# Notice of Special Meeting of Members of PARK AVE CAPITAL III LLC

To: All Members of PARK AVE CAPITAL III LLC

Dated: September 25, 2024

You are hereby notified that a special meeting of the members of PARK AVE CAPITAL III LLC (the "Company") will be held on October 7th, 2024 at 5:00pm at the Law Offices of Mordy Gross, LLP, 221 Pine Street, Lakewood, NJ 08701.  The location may be updated prior to the meeting with 12 hours notice.

Pursuant to 6 Del. C. § 18-302, you may participate via conference call, the  information appears below:

> Join Zoom Meeting
> https://us06web.zoom.us/j/81357179345?pwd=ZpebbTclbbiHvyCzbbwgwvDGa2IRQH.1
> Meeting ID: 813 5717 9345
> Passcode: 502484
> Dial In: +1 929 436 2866 US (New York)
> Find your local number: https://us06web.zoom.us/u/k8fqFE6kv
> One tap mobile
> > +13052241968,,81357179345#,,,,*502484# US
> > +13092053325,,81357179345#,,,,*502484# US

 The purpose of the special meeting is to:

(a) Review the purported "Capital Call" emails by the Manager, dated June 17, 2024;
(b) Review the response of the Manager to the requests of the several Members for an accounting pursuant to 6 Del. C. § 18-305 sent to the Manager on August 19, 2024;
(c) Review of the performance of the Manager and any remedies thereof;
(d) Calling for motions or votes of the Members regarding any of the aforementioned issues.

Only members of record at the close of business on September 2, 2024 are entitled to notice of, and to vote at, this meeting and any adjournment or postponement thereof.

Whereas the Operating Agreement of the Company is silent as to any details regarding a meeting or special meeting of the members of the Company, the terms of the Delaware LLC Act govern, specifically, 6 Del. C. § 18-302; 18-109-111.  Therefore, the undersigned Members, representing more than 2/3 of the outstanding membership interests, call this meeting.

Sincerely,

| | |
|---|---|
| Alphard Group LLC | ClearCutGlass LLC |
| A1 Management LLC | Halpert Family Holdings |
| BHYNY LLC | Lelov Investments LLC |