# Exhibit G – Demand for Arbitration



**RABBINICAL COURT**

# MAYSHARIM

GUIDED BY BAIS DIN TZEDEK OF BNEI BRAK
FOUNDED BY RABBI NISSIM KARELITZ זצ״ל

בית דין צדק

# מישרים

בהכוונת בית דין צדק - בני ברק
בראשות מרן הגאון **רבי נסים קרליץ** זצ״ל

- הזמנה לדין תורה -

בס״ד

| | | |
|---|---|---|
| Date: December 4, 2024 | No. 185050A | תאריך: ג' כסלו, תשפ״ה לפ״ק |
| To Defendant(s): | Lazer Bodek<br>Park Ave Capital III LLC | לכבוד הנתבע/ת/ים: |
| Address: | 10 Park Slope Ter. | כתובת: |
| City, State: | Lakewood, NJ 08701 | עיר: |
| Tel. No.: | (732) 600-5754 | מס' הטלפון: |
| At the request of Plaintiff(s): | Plaintiffs listed on Schedule A | לבקשת התובע/ת/ים: |
| Address: | | כתובת: |
| City, State: | | עיר: |
| Tel. No.: | | מס' הטלפון: |

You are hereby summoned to appear before the Rabbinical Court on **Thu. Dec. 12, 2024**
Time: **10:00 AM**
At the Courtroom: **625 Forest Avenue (rear entrance) Lakewood, NJ**

הננו מזמינים את כבודו
לדין תורה ליום
בשעה:
בלשכת בית דין:

Claim: Enforce rights of investors, total invested $2,425,000   התביעה:



On Behalf of the Court: _____   :החותם בשם הבי״ד

1. The respondent is required to contact this Rabbinical Court to confirm the above scheduled time. Failure of confirmation by the parties will lead to the cancellation of the appointment.
2. In the event that the above appointment cannot be met, the respondent must notify this Rabbinical Court to reschedule. Otherwise, the respondent may be in contempt of this Rabbinical Court, and will be liable to the sanctions set forth by Rabbinical Jewish Law.
3. Any reaction or response to this summons must be submitted to the Rabbinical Court in writing accompanied with the respondent's signature by fax or mail. Oral responses will not be accepted.
4. Your prompt response to this summons is expected regardless of the venue chosen for resolution of this dispute.

א. עם קבלת ההזמנה צריך הנתבע לאשר שיופיע בזמן הנקבע לעיל. אם לא יתקשר הנתבע עם הבי״ד בעוד מועד, לא יתקיים הדין תורה בזמן הנ״ל.

ב. אם לא יוכל הנתבע להופיע בבי״ד בזמן הנ״ל, עליו להודיע לבי״ד ולבקש זמן אחר. אם לא יעשה כן, האחריות על כך תחול עליו, ובי״ד יפעל בהתאם.

ג. אם יש לנתבע איזו שהיא תגובה או תשובה על ההזמנה, עליו להציעם בכתב עם חתימתו. תשובות בע״פ לא יתקבלו.

ד. המקבל הזמנה, הגם שיתכן שאינו חייב להופיע לדין תורה בפני הבית דין המזמין, עכ״ז עליו לענות על ההזמנה ולהודיע בפני איזה בית דין רצונו להופיע.

**Office & Mailing Address:** 625 Forest Avenue, Lakewood, N.J. 08701 • **Tel:** 732.905.3388 • **Fax:** 732.905.5880 • office@maysharim.org

**Rabbinical Courtrooms:** 625 Forest Avenue, Lakewood, N.J. (Rear Entrance)   לשכות הבד״צ:
2913 Avenue L, Brooklyn, N.Y. (Lower Level)

SCHEDULE A – PLAINTIFFS (v Eliezer (Abe) Bodek and Park Ave Capital III LLC)

1. Aharon Stefansky
Alphard Group LLC / BHYNY LLC
1664 55th St.
Brooklyn, NY 11204
917.474.8919
astefny@gmail.com

2. Shea Usher Rabinowitz
Alphard Group LLC / BHYNY LLC
107 Parkville Ave
Brooklyn, NY 11230
917.414.7790
ushimngm@gmail.com

3. Avrohom Meisels
Lelov Investments LLC
33 Broadhurst Ave
Lakewood, NJ 08701
917.499.9873
Am070822@gmail.com

4. Benzion Halpert
Halpert Family Holding LLC
123 Harvard St.
Lakewood, NJ 08701
123harvardstreet@gmail.com

5. Mordechai Bernfeld
Clearcut Glass LLC
5 Shilo Rd
Lakewood, NJ 08701
848.210.5671
mbbernfeld@gmail.com

6. Aaron Herman
Clearcut Glass LLC
946 Park Ave
Lakewood, NJ 08701
917.797.5847
Arih0648@gmail.com

7. Israel Schwartz
Clearcut Glass LLC
1387 Pasadena St
Lakewood, NJ 08701
732.833.3304
Joshschwartz1387@gmail.com

8. Meiyer Godinger
OBO his investors
164 Rodney St
Brooklyn, NY 11211
718.702.6116
m@silverspoons.com

9. Zelig Eisenbach
90 Hewes St
Brooklyn, NY 11249
347.482.5835
zeligeisen@gmail.com

### Frequently Asked Questions

**Am I required to respond to a summons?**

Although one may not be obligated to appear at the Bais Din issuing a summons, he is nonetheless obligated by Rabbinical Law to answer the summons.

**What response is required if I do not agree to accept your Bais Din?**

A response must include the name and telephone number of the Bais Din you are requesting. Usually, the Bais Din issuing the summons will not have further involvement once an alternative Bais Din has been agreed upon by the two parties.

**What must I do if the date/time can or cannot be met?**

If the appointment cannot be met, one is required to immediately notify the office the reason, and request to reschedule. If attending, one is required to confirm the appointment with the office. *Sessions will only take place if the parties confirm the appointment.*

**How much time will a Din Torah take?**

The average Din Torah takes between one to two hours. Issues involving greater complexity or are more detailed may take longer. Any time constraints a respondent may have should be brought to the attention of the case administrator beforehand.

**What are the Bais Din fees? Do both sides have to pay?**

The Bais Din fees are two hundred forty dollars per side per hour without *Toanim*, three hundred dollars per side per hour when *Toanim* are retained or when Get related. The fees are paid equally by both parties. Otherwise, there would be *Halachic* issues of partiality. Please note, that in accordance with *Halacha*, our *Dayanim* do not receive any remuneration for sitting; the fees cover administrative and operating costs.

**I think the plaintiff owes me money. May I make a counterclaim?**

Any counterclaims may be raised during the Din Torah. It is recommended to bring this to the attention of the case administrator in advance. Generally, the plaintiff will have the floor first to present his claim. Afterwards, the defendant will have a chance to respond, as well as present any counterclaims.

**What if I have witnesses to bring?**

Witnesses will not be called in immediately and might not be necessary. Therefore, it is recommended to discuss this in advance with the case administrator.

**Who can attend the Din Torah?**

Anyone that is a principal party may attend. Advance notice to the case administrator is required if anyone not named on the summons will be attending. This includes the attendance of a family member or a *Toan*.

**If a summons was sent, does this mean the *Dayanim* have heard and sided with the plaintiff?**

Ex-parte communication with the *Dayanim* is not allowed. For this reason, the Bais Din has an appointed case administrator to deal with the two parties before and after a Din Torah. All correspondence with the Bais Din must be directed to the case administrator.

**Why can't I just work it out without coming to Bais Din?**

Indeed, the Bais Din encourages the parties to continue efforts in reaching a settlement without the need of appearing. Notwithstanding, unless a settlement has been reached to the satisfaction of the plaintiff, the summons process will continue.



**RABBINICAL COURT**
**MAYSHARIM**

GUIDED BY BAIS DIN TZEDEK OF BNEI BRAK
FOUNDED BY RABBI NISSIM KARELITZ זצ"ל

בית דין צדק
**מישרים**

בהכוונת בית דין צדק - בני ברק
בראשות מרן הגאון **רבי נסים קרליץ** זצ"ל

## - הזמנה לדין תורה -

בס"ד

| | | |
|---|---|---|
| Date: December 26, 2024 | No. 185050C | תאריך: כ"ה כסלו, תשפ"ה לפ"ק |

| | | |
|---|---|---|
| To Defendant(s): | Lazer Bodek<br>Park Ave Capital III LLC | לכבוד הנתבע/ת/ים: |
| Address: | 10 Park Slope Ter. | כתובת: |
| City, State: | Lakewood, NJ 08701 | עיר: |
| Tel. No.: | (732) 600-5754 | מס' הטלפון: |

| | | |
|---|---|---|
| At the request of Plaintiff(s): | Plaintiffs listed on Schedule A | לבקשת התובע/ת/ים: |
| Address: | | כתובת: |
| City, State: | | עיר: |
| Tel. No.: | | מס' הטלפון: |

| | | |
|---|---|---|
| You are hereby summoned to appear before the Rabbinical Court on | **Sun. Jan. 5, 2025** | הננו מזמינים את כבודו לדין תורה ליום |
| | Time: **11: 00 AM** בשעה: | |
| At the Courtroom: | **625 Forest Avenue (rear entrance)**<br>**Lakewood, NJ** | בלשכת הבית דין: |

| | | |
|---|---|---|
| Claim: | Enforce rights of investors, total invested $2,425,000 | התביעה: |

עפ"י בקשת התובעים, כבר נשלחו לך שלש הזמנות. עד היום לא נתקבל ממך מענה בכתב, מקום ואופן בו מוכן אתה להתדיין בבי"ד כשר בישראל, בבית דיננו, או בבי"ד אחר המרוצה לשני הצדדים, או בזבל"א וזבל"א ושליש.

ע"כ אנו מודיעים לך בזאת, **שבאם עד שבוע**, לא נקבל ממך מענה בכתב על נכונותך להתדיין, **לקבל ע"ע מרות בי"ד ועל דין תורה ע"י חתימת שטרי בירורין** (ואם בזבל"א – שם הבורר שבוררת מצידך), אז ביד הבי"ד להוציא כתב סירוב נגדך ו/או להתיר לשכנגדך להגיש תביעתם בערכאות רח"ל.

On Behalf of the Court: _____    החותם בשם הבי"ד: _____

1. The respondent is required to contact this Rabbinical Court to confirm the above scheduled time. Failure of confirmation by the parties will lead to the cancellation of the appointment.
2. In the event that the above appointment cannot be met, the respondent must notify this Rabbinical Court to reschedule. Otherwise, the respondent may be in contempt of this Rabbinical Court, and will be liable to the sanctions set forth by Rabbinical Jewish Law.
3. Any reaction or response to this summons must be submitted to the Rabbinical Court in writing accompanied with the respondent's signature by fax or mail. Oral responses will not be accepted.
4. Your prompt response to this summons is expected regardless of the venue chosen for resolution of this dispute.

א. עם קבלת ההזמנה צריך הנתבע לאשר שיופיע בזמן הנקבע לעיל. אם לא יתקשר הנתבע עם הבי"ד בעוד מועד, לא יתקיים הדין תורה בזמן הנ"ל.

ב. אם לא יוכל הנתבע להופיע בבי"ד בזמן הנ"ל, עליו להודיע לבי"ד ולבקש זמן אחר. אם לא יעשה כן, האחריות על כך תחול עליו, ובי"ד יפעל בהתאם.

ג. אם יש לנתבע איזו שהיא תגובה או תשובה על ההזמנה, עליו להציעם בכתב עם חתימתו. תשובות בע"פ לא יתקבלו.

ד. המקבל הזמנה, הגם שיתכן שאינו חייב להופיע לדין תורה בפני בית דין המזמין, עכ"ז עליו לענות על ההזמנה ולהודיע בפני איזה בית דין רצונו להופיע.

Office & Mailing Address: 625 Forest Avenue, Lakewood, N.J. 08701 • Tel: 732.905.3388 • Fax: 732.905.5880 • office@maysharim.org

Rabbinical Courtrooms: 625 Forest Avenue, Lakewood, N.J. (Rear Entrance)   לשכות הבד"צ:
2913 Avenue L, Brooklyn, N.Y. (Lower Level)

SCHEDULE A – PLAINTIFFS (v Eliezer (Abe) Bodek and Park Ave Capital III LLC)

1. Aharon Stefansky
Alphard Group LLC / BHYNY LLC
1664 55th St.
Brooklyn, NY 11204
917.474.8919
astefny@gmail.com

2. Shea Usher Rabinowitz
Alphard Group LLC / BHYNY LLC
107 Parkville Ave
Brooklyn, NY 11230
917.414.7790
ushimngm@gmail.com

3. Avrohom Meisels
Lelov Investments LLC
33 Broadhurst Ave
Lakewood, NJ 08701
917.499.9873
Am070822@gmail.com

4. Benzion Halpert
Halpert Family Holding LLC
123 Harvard St.
Lakewood, NJ 08701
123harvardstreet@gmail.com

5. Mordechai Bernfeld
Clearcut Glass LLC
5 Shilo Rd
Lakewood, NJ 08701
848.210.5671
mbbernfeld@gmail.com

6. Aaron Herman
Clearcut Glass LLC
946 Park Ave
Lakewood, NJ 08701
917.797.5847
Arih0648@gmail.com

7. Israel Schwartz
Clearcut Glass LLC
1387 Pasadena St
Lakewood, NJ 08701
732.833.3304
Joshschwartz1387@gmail.com

8. Meiyer Godinger
OBO his investors
164 Rodney St
Brooklyn, NY 11211
718.702.6116
m@silverspoons.com

9. Zelig Eisenbach
90 Hewes St
Brooklyn, NY 11249
347.482.5835
zeligeisen@gmail.com



**RABBINICAL COURT**

**MAYSHARIM**

GUIDED BY BAIS DIN TZEDEK OF BNEI BRAK
FOUNDED BY RABBI NISSIM KARELITZ ז"ל

בית דין צדק

**מישרים**

בהכוונת בית דין צדק - בני ברק
בראשות מרן הגאון **רבי נסים קרליץ** זצ"ל

- הזמנה לדין תורה -

בס"ד

| | | | |
|---|---|---|---|
| Date: December 15, 2024 | | No. 185050B | תאריך: י"ד כסלו, תשפ"ה לפ"ק |
| To Defendant(s): | Lazer Bodek | | לכבוד הנתבע/ת/ים: |
| | Park Ave Capital III LLC | | |
| Address: | 10 Park Slope Ter. | | כתובת: |
| City, State: | Lakewood, NJ 08701 | | עיר: |
| Tel. No.: | (732) 600-5754 | | מס' הטלפון: |
| At the request of Plaintiff(s): | Plaintiffs listed on Schedule A | | לבקשת התובע/ת/ים: |
| Address: | | | כתובת: |
| City, State: | | | עיר: |
| Tel. No.: | | | מס' הטלפון: |

| | | | |
|---|---|---|---|
| You are hereby summoned to appear before the Rabbinical Court on | **Mon. Dec. 23, 2024** | | הננו מזמינים את כבודו לדין תורה ליום |
| | Time:  **10: 00 AM**  בשעה: | | |
| At the Courtroom: | **625 Forest Avenue (rear entrance)** | | בלשכת הבית דין: |
| | **Lakewood, NJ** | | |

| | | |
|---|---|---|
| Claim: | Enforce rights of investors, total invested $2,425,000 | התביעה: |

On Behalf of the Court: _____        החותם בשם הבי"ד: _____

1. The respondent is required to contact this Rabbinical Court to confirm the above scheduled time. Failure of confirmation by the parties will lead to the cancellation of the appointment.

2. In the event that the above appointment cannot be met, the respondent must notify this Rabbinical Court to reschedule. Otherwise, the respondent may be in contempt of this Rabbinical Court, and will be liable to the sanctions set forth by Rabbinical Jewish Law.

3. Any reaction or response to this summons must be submitted to the Rabbinical Court in writing accompanied with the respondent's signature by fax or mail. Oral responses will not be accepted.

4. Your prompt response to this summons is expected regardless of the venue chosen for resolution of this dispute.

א. עם קבלת ההזמנה צריך הנתבע לאשר שיופיע בזמן הנקבע לעיל. אם לא יתקשר הנתבע עם הבי"ד בעוד מועד, לא יתקיים הדין תורה בזמן הנ"ל.

ב. אם לא יוכל הנתבע להופיע בבי"ד בזמן הנ"ל, עליו להודיע לבי"ד ולבקש זמן אחר. אם לא יעשה כן, האחריות על כך תחול עליו, ובי"ד יפעל בהתאם.

ג. אם יש לנתבע איזו שהיא תגובה או תשובה על ההזמנה, עליו להציעם בכתב עם חתימתו. תשובות בע"פ לא יתקבלו.

ד. המקבל הזמנה, הגם שיתכן שאינו חייב להופיע לדין תורה בפני הבית דין המזמין, עכ"ז עליו לענות על ההזמנה ולהודיע בפני איזה בית דין רצונו להופיע.

---

Office & Mailing Address: 625 Forest Avenue, Lakewood, N.J. 08701 • Tel: 732.905.3388 • Fax: 732.905.5880 • office@maysharim.org

Rabbinical Courtrooms: 625 Forest Avenue, Lakewood, N.J. (Rear Entrance)   לשכות הבד"צ:
2913 Avenue L, Brooklyn, N.Y. (Lower Level)



# RABBINICAL COURT
## MAYSHARIM
GUIDED BY BAIS DIN TZEDEK OF BNEI BRAK
FOUNDED BY RABBI NISSIM KARELITZ זצ"ל

בית דין צדק
**מישרים**
בהכוונת בית דין צדק - בני ברק
בראשות מרן הגאון **רבי נסים קרליץ** זצ"ל

## - הזמנה לדין תורה -

בס"ד

| | | |
|---|---|---|
| Date: December 4, 2024 | No. 185050A | תאריך: ג' כסלו, תשפ"ה לפ"ק |

| | | |
|---|---|---|
| To Defendant(s): | Lazer Bodek<br>Park Ave Capital III LLC | לכבוד הנתבע/ת/ים: |
| Address: | 10 Park Slope Ter. | כתובת: |
| City, State: | Lakewood, NJ 08701 | עיר: |
| Tel. No.: | (732) 600-5754 | מס' הטלפון: |
| At the request of Plaintiff(s): | Plaintiffs listed on Schedule A | לבקשת התובע/ת/ים: |
| Address: | | כתובת: |
| City, State: | | עיר: |
| Tel. No.: | | מס' הטלפון: |

You are hereby summoned to appear before the Rabbinical Court on **Thu. Dec. 12, 2024**
Time: **10: 00 AM**
At the Courtroom: **625 Forest Avenue (rear entrance) Lakewood, NJ**

הננו מזמינים את כבודו
לדין תורה ליום
בשעה:
בלשכת הבית דין:

Claim: Enforce rights of investors, total invested $2,425,000 התביעה:

On Behalf of the Court: _____ החותם בשם הבי"ד:

1. The respondent is required to contact this Rabbinical Court to confirm the above scheduled time. Failure of confirmation by the parties will lead to the cancellation of the appointment.
2. In the event that the above appointment cannot be met, the respondent must notify this Rabbinical Court to reschedule. Otherwise, the respondent may be in contempt of this Rabbinical Court, and will be liable to the sanctions set forth by Rabbinical Jewish Law.
3. Any reaction or response to this summons must be submitted to the Rabbinical Court in writing accompanied with the respondent's signature by fax or mail. Oral responses will not be accepted.
4. Your prompt response to this summons is expected regardless of the venue chosen for resolution of this dispute.

א. עם קבלת ההזמנה צריך הנתבע לאשר שיופיע בזמן הנקבע לעיל. אם לא יתקשר הנתבע עם הבי"ד בעוד מועד, לא יתקיים הדין תורה בזמן הנ"ל.

ב. אם לא יוכל הנתבע להופיע בבי"ד בזמן הנ"ל, עליו להודיע לבי"ד ולבקש זמן אחר. אם לא יעשה כן, האחריות על כך תחול עליו, ובי"ד יפעל בהתאם.

ג. אם יש לנתבע איזו שהיא תגובה או תשובה על ההזמנה, עליו להציעם בכתב עם חתימתו. תשובות בע"פ לא יתקבלו.

ד. המקבל הזמנה, הגם שיתכן שאינו חייב להופיע לדין תורה בפני הבית דין המזמין, עכ"ז עליו לענות על ההזמנה ולהודיע בפני איזה בית דין רצונו להופיע.

**Office & Mailing Address:** 625 Forest Avenue, Lakewood, N.J. 08701 • **Tel:** 732.905.3388 • **Fax:** 732.905.5880 • office@maysharim.org

**Rabbinical Courtrooms:** 625 Forest Avenue, Lakewood, N.J. (Rear Entrance) | לשכות הבד"צ:
2913 Avenue L, Brooklyn, N.Y. (Lower Level)

## Frequently Asked Questions

**Am I required to respond to a summons?**

Although one may not be obligated to appear at the Bais Din issuing a summons, he is nonetheless obligated by Rabbinical Law to answer the summons.

**What response is required if I do not agree to accept your Bais Din?**

A response must include the name and telephone number of the Bais Din you are requesting. Usually, the Bais Din issuing the summons will not have further involvement once an alternative Bais Din has been agreed upon by the two parties.

**What must I do if the date/time can or cannot be met?**

If the appointment cannot be met, one is required to immediately notify the office the reason, and request to reschedule. If attending, one is required to confirm the appointment with the office. *Sessions will only take place if the parties confirm the appointment.*

**How much time will a Din Torah take?**

The average Din Torah takes between one to two hours. Issues involving greater complexity or are more detailed may take longer. Any time constraints a respondent may have should be brought to the attention of the case administrator beforehand.

**What are the Bais Din fees? Do both sides have to pay?**

The Bais Din fees are two hundred forty dollars per side per hour without *Toanim*, three hundred dollars per side per hour when *Toanim* are retained or when Get related. The fees are paid equally by both parties. Otherwise, there would be *Halachic* issues of partiality. Please note, that in accordance with *Halacha*, our *Dayanim* do not receive any remuneration for sitting from these fees; the fees cover administrative and operating costs.

**I think the plaintiff owes me money. May I make a counterclaim?**

Any counterclaims may be raised during the Din Torah. It is recommended to bring this to the attention of the case administrator in advance. Generally, the plaintiff will have the floor first to present his claim. Afterwards, the defendant will have a chance to respond, as well as present any counterclaims.

**What if I have witnesses to bring?**

Witnesses will not be called in immediately and might not be necessary. Therefore, it is recommended to discuss this in advance with the case administrator.

**Who can attend the Din Torah?**

Anyone that is a principal party may attend. Advance notice to the case administrator is required if anyone not named on the summons will be attending. This includes the attendance of a family member or a *Toan*.

**If a summons was sent, does this mean the *Dayanim* have heard and sided with the plaintiff?**

Ex-parte communication with the *Dayanim* is not allowed. For this reason, the Bais Din has an appointed case administrator to deal with the two parties before and after a Din Torah. All correspondence with the Bais Din must be directed to the case administrator.

**Why can't I just work it out without coming to Bais Din?**

Indeed, the Bais Din encourages the parties to continue efforts in reaching a settlement without the need of appearing. Notwithstanding, unless a settlement has been reached to the satisfaction of the plaintiff, the summons process will continue.

| | |
|---|---|
| **From:** | Alan |
| **To:** | Mordy Gross |
| **Subject:** | Fwd: Heter Arkoas - Bodek/Park Ave Capital III LLC |
| **Date:** | Thursday, January 23, 2025 10:08:42 AM |
| **Attachments:** | Hasraas Siruv&Hazmana 185050c Plaintiffs schedule A v Bodek_Park Ave Capital III LLC.pdf |

---------- Forwarded message ---------
From: **Dovid Cohen** <rdc@maysharim.org>
Date: Thu, Jan 23, 2025 at 10:05 AM
Subject: Heter Arkoas - Bodek/Park Ave Capital III LLC
To: Alan <astefny@gmail.com>
CC: M Bernfeld <mbbernfeld@gmail.com>, Unknown <joshschwartz1387@gmail.com>, aaron herman <arih0648@gmail.com>, usher rabinowitz <ushimngm@gmail.com>, zelig eisenbach <zeligeisen@gmail.com>, אממש <am070882@gmail.com>, R Halpert <123harvardstreet@gmail.com>, Meiyer Godinger <M@silverspoons.com>

Bs"D

To whom it may concern,

By request of the Plaintiffs listed in Schedule A, the Bais Din has sent three Hazmanos to Defendant Abe (Lazer and/or Eliezer) Bodek / Park Ave Capital III LLC. The Defendant did not appear or respond in accordance with Rabbinical Law.

Therefore, Plaintiffs are hereby granted permission to commence civil action against the Defendant as long as Defendant remains recalcitrant.

The BD retains the jurisdiction to rescind this Heter should there be a change in circumstances.

Plaintiff is directed to provide a copy of the lawsuit to Bais Din for review before filing.

In the name of the Dayanim,

**Rabbi Dovid Cohen**
*Rabbinic Administrator*

Bais Din Maysharim

[625 Forest Avenue | Lakewood, NJ 08701](#)

P 732.905.3388 ext 101 | 877.BAIS.DIN
F 732.905.5880
E [rdc@maysharim.org](mailto:rdc@maysharim.org)

Bais Hora'ah 732.905.3005