# Exhibit H – Wiring Instructions

212 Second Street, Suite 502
Lakewood, NJ 08701

RIVERSIDE
ABSTRACT

Tel: (718) 252-4200   Fax: (718) 252-4226
Email: info@rsabstract.com

| | | | |
|---|---|---|---|
| **File Number:** | RALA-43009 | **Type:** | Purchase |
| Seller: | SAI Louisiana LLC | | |
| Buyer: | Park Capital ACQ, LLC | | |

Property Address:        401 North Lake Shore Drive, Lake Charles, LA 70601

## Wiring Instructions

Bank Name:              Signature Bank

Bank Address:           6321 New Utrecht Avenue
City/State/Zip:         Brooklyn, NY  11219

For The Benefit of:     Riverside Abstract, LLC
                        Escrow Account
Account Number:         ████3926
Wire Routing Number:    026013576

**Please Note:**
- In order to credit the correct account, it is important for our File Number to appear on the wire.
- If the funds and disbursement /wiring instructions are not received by 2PM (12PM Fridays), we cannot guarantee funding by the end of business that day and the Company will not be responsible for additional interest and/or penalties that may be due.

**IMPORTANT NOTICE: <u>Never trust wiring instructions sent via email.</u>**
**For your security: Please call the office at a previously verified and trusted phone number to confirm the account information.**
**If wiring instructions are ever changed, you should presume the change to be fraudulent.**

Page 1 of 1