# Exhibit I – K1s to the Investors

| | | |
|---|---|---|
| Schedule K-1 (Form 1065) **2023** | Final K-1 [ ]   Amended K-1 [ ] | OMB No. 1545-0123 |

Department of the Treasury
Internal Revenue Service
For calendar year 2023, or tax year
beginning _____ ending _____

**Partner's Share of Income, Deductions, Credits, etc.**   See separate instructions.

### Part I — Information About the Partnership

**A** Partnership's employer identification number: [redacted]

**B** Partnership's name, address, city, state, and ZIP code
PARK AVE CAPITAL III LLC
10 PARK SLOPE TERRACE
Lakewood, NJ 08701

**C** IRS center where partnership filed return: e-file

**D** [ ] Check if this is a publicly traded partnership (PTP)

### Part II — Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)   Partner: 11
[redacted]

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.
HOTEL LAKE CHARLES

**G** [ ] General partner or LLC member-manager   [ ] Limited partner or other LLC member

**H1** [ ] Domestic partner   [ ] Foreign partner

**H2** [ ] If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner? _____

**I2** [ ] If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 10.852000% | 10.852000% |
| Loss | 10.852000% | 10.852000% |
| Capital | 10.852000% | 10.852000% |

Check if decrease is due to:
[ ] Sale or [ ] Exchange of partnership interest. See instructions.

**K1** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ | $ |

**K2** [ ] Check this box if item K1 includes liability amounts from lower-tier partnerships

**K3** [ ] Check if any of the above liability is subject to guarantees or other payment obligations by the partner. See instructions.

**L** Partner's Capital Account Analysis

| | |
|---|---|
| Beginning capital account | $ 116,618 |
| Capital contributed during the year | $ 13,435 |
| Current year net income (loss) | $ -102,591 |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals and distributions | $ ( ) |
| Ending capital account | $ 27,462 |

**M** Did the partner contribute property with a built-in gain (loss)?
[ ] Yes   [X] No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning $ _____
Ending $ _____

### Part III — Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| Box | Description | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | -102,591 |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4a | Guaranteed payments for services | |
| 4b | Guaranteed payments for capital | |
| 4c | Total guaranteed payments | |
| 5 | Interest income | |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 6c | Dividend equivalents | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |
| 14 | Self-employment earnings (loss) | |
| 15 | Credits | |
| 16 | Schedule K-3 is attached if checked [ ] | |
| 17 | Alternative minimum tax (AMT) items | |
| 18 | Tax-exempt income and nondeductible expenses | |
| 19 | Distributions | |
| 20 | Other information | Z*    STMT |
| 21 | Foreign taxes paid or accrued | |
| 22 | [ ] More than one activity for at-risk purposes* | |
| 23 | [ ] More than one activity for passive activity purposes* | |

*See attached statement for additional information.

For IRS Use Only

For Paperwork Reduction Act Notice, see the Instructions for Form 1065.   www.irs.gov/Form1065   Schedule K-1 (Form 1065) 2023
HTA

HOTEL LAKE CHARLES                                                                          99-3182739

# K-1 Statement (Sch K-1, Form 1065)
## Line 20 - Other Information

### Section 199A Information (Code Z)

| Income Items | Non-SSTB | SSTB |
|---|---:|---:|
| Ordinary Income . . . . . . . . . . . . . . . . . . . . | -102,591 | 0 |

# Schedule K-1 (Form 1065) 2023

Department of the Treasury
Internal Revenue Service

For calendar year 2023, or tax year beginning _____ ending _____

**Partner's Share of Income, Deductions, Credits, etc.** — See separate instructions.

☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0123

## Part I — Information About the Partnership

- **A** Partnership's employer identification number: [redacted]
- **B** Partnership's name, address, city, state, and ZIP code:
  PARK AVE CAPITAL III LLC
  10 PARK SLOPE TERRACE
  Lakewood, NJ 08701
- **C** IRS center where partnership filed return: e-file
- **D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II — Information About the Partner

- **E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.) — Partner: 7
- **F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.
  BHY NY LLC
  1274 49TH ST STE 601
  BROOKLYN, NY 11219
- **G** ☐ General partner or LLC member-manager    ☐ Limited partner or other LLC member
- **H1** ☐ Domestic partner    ☐ Foreign partner
- **H2** ☐ If the partner is a disregarded entity (DE), enter the partner's: TIN ____ Name ____
- **I1** What type of entity is this partner? ____
- **I2** ☐ If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here
- **J** Partner's share of profit, loss, and capital (see instructions):

|        | Beginning     | Ending        |
|--------|---------------|---------------|
| Profit | 18.000000%    | 18.000000%    |
| Loss   | 18.000000%    | 18.000000%    |
| Capital| 18.000000%    | 18.000000%    |

Check if decrease is due to: ☐ Sale or ☐ Exchange of partnership interest. See instructions.

- **K1** Partner's share of liabilities:

|                              | Beginning | Ending |
|------------------------------|-----------|--------|
| Nonrecourse                  | $         | $      |
| Qualified nonrecourse financing | $      | $      |
| Recourse                     | $         | $      |

- **K2** ☐ Check this box if item K1 includes liability amounts from lower-tier partnerships
- **K3** ☐ Check if any of the above liability is subject to guarantees or other payment obligations by the partner. See instructions.

- **L** Partner's Capital Account Analysis

| | |
|---|---|
| Beginning capital account | $ 352,813 |
| Capital contributed during the year | $ 30,034 |
| Current year net income (loss) | $ -170,166 |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals and distributions | $ ( ) |
| Ending capital account | $ 212,681 |

- **M** Did the partner contribute property with a built-in gain (loss)?
  ☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

- **N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
  Beginning $ ____
  Ending $ ____

## Part III — Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| Box | Item | Amount |
|-----|------|--------|
| 1 | Ordinary business income (loss) | -170,166 |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4a | Guaranteed payments for services | |
| 4b | Guaranteed payments for capital | |
| 4c | Total guaranteed payments | |
| 5 | Interest income | |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 6c | Dividend equivalents | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |
| 14 | Self-employment earnings (loss) | |
| 15 | Credits | |
| 16 | Schedule K-3 is attached if checked ☐ | |
| 17 | Alternative minimum tax (AMT) items | |
| 18 | Tax-exempt income and nondeductible expenses | |
| 19 | Distributions | |
| 20 | Other information | Z*  STMT |
| 21 | Foreign taxes paid or accrued | |
| 22 | ☐ More than one activity for at-risk purposes* | |
| 23 | ☐ More than one activity for passive activity purposes* | |

*See attached statement for additional information.

For IRS Use Only

For Paperwork Reduction Act Notice, see the Instructions for Form 1065.   www.irs.gov/Form1065   Schedule K-1 (Form 1065) 2023
HTA

BHY NY LLC

**K-1 Statement (Sch K-1, Form 1065)**

**Line 20 - Other Information**

**Section 199A Information (Code Z)**

| Income Items | Non-SSTB | SSTB |
|---|---:|---:|
| Ordinary Income | -170,166 | 0 |

# Schedule K-1 (Form 1065) 2022

**651121**

☐ Final K-1  ☐ Amended K-1   OMB No. 1545-0123

Department of the Treasury
Internal Revenue Service

For calendar year 2022, or tax year
beginning _____ ending _____

**Partner's Share of Income, Deductions, Credits, etc.**   See separate instructions.

## Part III — Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| Box | Item | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | -27,465 |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4a | Guaranteed payments for services | |
| 4b | Guaranteed payments for capital | |
| 4c | Total guaranteed payments | |
| 5 | Interest income | |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 6c | Dividend equivalents | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |
| 14 | Self-employment earnings (loss) | |
| 15 | Credits | |
| 16 | Schedule K-3 is attached if checked ☐ | |
| 17 | Alternative minimum tax (AMT) items | |
| 18 | Tax-exempt income and nondeductible expenses | |
| 19 | Distributions | |
| 20 | Other information | |
| 21 | Foreign taxes paid or accrued | |

22 ☐ More than one activity for at-risk purposes*
23 ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

## Part I — Information About the Partnership

**A** Partnership's employer identification number: [redacted]

**B** Partnership's name, address, city, state, and ZIP code:
PARK AVE CAPITAL III LLC
10 PARK SLOPE TERRACE
Lakewood, NJ 08701

**C** IRS center where partnership filed return: e-file

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II — Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)   Partner: 3
[redacted]

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.
AARON HERMAN
646 PARK AVE
LAKEWOOD, NJ 08701

**G** ☐ General partner or LLC member-manager   ☐ Limited partner or other LLC member

**H1** ☐ Domestic partner   ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____   Name _____

**I1** What type of entity is this partner?
**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 2.000000% | 2.000000% |
| Loss | 2.000000% | 2.000000% |
| Capital | 2.000000% | 2.000000% |

Check if decrease is due to sale or exchange of partnership interest ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ | $ |

☐ Check this box if item K includes liability amounts from lower-tier partnerships

**L** Partner's Capital Account Analysis

| | |
|---|---|
| Beginning capital account | $ 75,000 |
| Capital contributed during the year | $ |
| Current year net income (loss) | $ -27,465 |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals and distributions | $ ( ) |
| Ending capital account | $ 47,535 |

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning $ _____
Ending $ _____

For Paperwork Reduction Act Notice, see the Instructions for Form 1065.   www.irs.gov/Form1065   Schedule K-1 (Form 1065) 2022
HTA

651121

| | Final K-1 | | Amended K-1 | OMB No. 1545-0123 |

# Schedule K-1 (Form 1065)
**2022**

Department of the Treasury
Internal Revenue Service

For calendar year 2022, or tax year

beginning _____ ending _____

## Partner's Share of Income, Deductions, Credits, etc.
See separate instructions.

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| Box | Item | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | -219,721 |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4a | Guaranteed payments for services | |
| 4b | Guaranteed payments for capital | |
| 4c | Total guaranteed payments | |
| 5 | Interest income | |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 6c | Dividend equivalents | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |
| 14 | Self-employment earnings (loss) | |
| 15 | Credits | |
| 16 | Schedule K-3 is attached if checked | |
| 17 | Alternative minimum tax (AMT) items | |
| 18 | Tax-exempt income and nondeductible expenses | |
| 19 | Distributions | |
| 20 | Other information | |
| 21 | Foreign taxes paid or accrued | |

### Part I  Information About the Partnership

**A** Partnership's employer identification number
[redacted]

**B** Partnership's name, address, city, state, and ZIP code

PARK AVE CAPITAL III LLC
10 PARK SLOPE TERRACE
Lakewood, NJ 08701

**C** IRS center where partnership filed return: e-file

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)    Partner: 6
[redacted]

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

LELOV INVESTMENTS LLC
33 BRADHURST AVE
LAKEWOOD, NJ 08701

**G** ☐ General partner or LLC member-manager   ☐ Limited partner or other LLC member

**H1** ☐ Domestic partner   ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner? _____
**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 16.000000% | 16.000000% |
| Loss | 16.000000% | 16.000000% |
| Capital | 16.000000% | 16.000000% |

Check if decrease is due to sale or exchange of partnership interest ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ | $ |

☐ Check this box if item K includes liability amounts from lower-tier partnerships

**L** Partner's Capital Account Analysis

| | |
|---|---|
| Beginning capital account | $ 500,000 |
| Capital contributed during the year | $ |
| Current year net income (loss) | $ -219,721 |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals and distributions | $ ( ) |
| Ending capital account | $ 280,279 |

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . $ _____
Ending . . . . . $ _____

22 ☐ More than one activity for at-risk purposes*
23 ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

For IRS Use Only

For Paperwork Reduction Act Notice, see the Instructions for Form 1065.   www.irs.gov/Form1065   Schedule K-1 (Form 1065) 2022
HTA

# Schedule K-1 (Form 1065) — 2022

**Department of the Treasury — Internal Revenue Service**
For calendar year 2022, or tax year beginning _____ ending _____

**Partner's Share of Income, Deductions, Credits, etc.** — See separate instructions.

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123
651121

## Part I — Information About the Partnership

- **A** Partnership's employer identification number: [REDACTED]
- **B** Partnership's name, address, city, state, and ZIP code:
  PARK AVE CAPITAL III LLC
  10 PARK SLOPE TERRACE
  Lakewood, NJ 08701
- **C** IRS center where partnership filed return: e-file
- **D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II — Information About the Partner

- **E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.): [REDACTED]   Partner: 5
- **F** Name, address, city, state, and ZIP code for partner entered in E:
  HALPERT FAMILY HOLDING LLC
  123 HARVARD ST
  LAKEWOOD, NJ 08701
- **G** ☐ General partner or LLC member-manager    ☐ Limited partner or other LLC member
- **H1** ☐ Domestic partner    ☐ Foreign partner
- **H2** ☐ If the partner is a disregarded entity (DE), enter the partner's: TIN _____ Name _____
- **I1** What type of entity is this partner?
- **I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐
- **J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 16.000000% | 16.000000% |
| Loss | 16.000000% | 16.000000% |
| Capital | 16.000000% | 16.000000% |

Check if decrease is due to sale or exchange of partnership interest ☐

- **K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ | $ |

☐ Check this box if item K includes liability amounts from lower-tier partnerships

- **L** Partner's Capital Account Analysis

| | |
|---|---|
| Beginning capital account | $ 500,000 |
| Capital contributed during the year | $ |
| Current year net income (loss) | $ -219,721 |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals and distributions | $ ( ) |
| Ending capital account | $ 280,279 |

- **M** Did the partner contribute property with a built-in gain (loss)?  ☐ Yes  ☒ No   If "Yes," attach statement. See instructions.
- **N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
  Beginning ... $ _____
  Ending ... $ _____

## Part III — Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| Box | Item | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | -219,721 |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4a | Guaranteed payments for services | |
| 4b | Guaranteed payments for capital | |
| 4c | Total guaranteed payments | |
| 5 | Interest income | |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 6c | Dividend equivalents | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |
| 14 | Self-employment earnings (loss) | |
| 15 | Credits | |
| 16 | Schedule K-3 is attached if checked | ☐ |
| 17 | Alternative minimum tax (AMT) items | |
| 18 | Tax-exempt income and nondeductible expenses | |
| 19 | Distributions | |
| 20 | Other information | |
| 21 | Foreign taxes paid or accrued | |

22 ☐ More than one activity for at-risk purposes*
23 ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

For IRS Use Only

For Paperwork Reduction Act Notice, see the Instructions for Form 1065.   www.irs.gov/Form1065   Schedule K-1 (Form 1065) 2022
HTA

651121

| | |
|---|---|
| ☐ Final K-1    ☐ Amended K-1 | OMB No. 1545-0123 |

## Schedule K-1 (Form 1065) — 2022

Department of the Treasury
Internal Revenue Service

For calendar year 2022, or tax year

beginning _____ ending _____

**Partner's Share of Income, Deductions, Credits, etc.**   See separate instructions.

### Part I — Information About the Partnership

A. Partnership's employer identification number: [redacted]

B. Partnership's name, address, city, state, and ZIP code:
PARK AVE CAPITAL III LLC
10 PARK SLOPE TERRACE
Lakewood, NJ 08701

C. IRS center where partnership filed return: e-file

D. ☐ Check if this is a publicly traded partnership (PTP)

### Part II — Information About the Partner

Partner: 1

E. Partner's SSN or TIN: [redacted]

F. Name, address, city, state, and ZIP code for partner entered in E:
ISRAEL SCHWARTZ
1481 PASADENA ST
LAKEWOOD, NJ 08701

G. ☐ General partner or LLC member-manager    ☐ Limited partner or other LLC member

H1. ☐ Domestic partner    ☐ Foreign partner

H2. ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

I1. What type of entity is this partner?

I2. If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

J. Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 2.000000% | 2.000000% |
| Loss | 2.000000% | 2.000000% |
| Capital | 2.000000% | 2.000000% |

Check if decrease is due to sale or exchange of partnership interest ☐

K. Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ | $ |

☐ Check this box if item K includes liability amounts from lower-tier partnerships

L. **Partner's Capital Account Analysis**

| | |
|---|---|
| Beginning capital account | $ 75,000 |
| Capital contributed during the year | $ |
| Current year net income (loss) | $ -27,465 |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals and distributions | $ ( ) |
| Ending capital account | $ 47,535 |

M. Did the partner contribute property with a built-in gain (loss)? ☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

N. Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ....... $
Ending .......... $

### Part III — Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| Box | Item | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | -27,465 |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4a | Guaranteed payments for services | |
| 4b | Guaranteed payments for capital | |
| 4c | Total guaranteed payments | |
| 5 | Interest income | |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 6c | Dividend equivalents | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |
| 14 | Self-employment earnings (loss) | |
| 15 | Credits | |
| 16 | Schedule K-3 is attached if checked ☐ | |
| 17 | Alternative minimum tax (AMT) items | |
| 18 | Tax-exempt income and nondeductible expenses | |
| 19 | Distributions | |
| 20 | Other information | |
| 21 | Foreign taxes paid or accrued | |

22 ☐ More than one activity for at-risk purposes*
23 ☐ More than one activity for passive activity purposes*

*See attached statement for additional information.

For IRS Use Only

For Paperwork Reduction Act Notice, see the Instructions for Form 1065.   www.irs.gov/Form1065   Schedule K-1 (Form 1065) 2022
HTA

# Schedule K-1 (Form 1065) 2022

**651121**

☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0123

Department of the Treasury
Internal Revenue Service

For calendar year 2022, or tax year

beginning _____   ending _____

**Partner's Share of Income, Deductions, Credits, etc.**   See separate instructions.

## Part III — Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| Box | Item | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | -27,465 |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4a | Guaranteed payments for services | |
| 4b | Guaranteed payments for capital | |
| 4c | Total guaranteed payments | |
| 5 | Interest income | |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 6c | Dividend equivalents | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |
| 14 | Self-employment earnings (loss) | |
| 15 | Credits | |
| 16 | Schedule K-3 is attached if checked ☐ | |
| 17 | Alternative minimum tax (AMT) items | |
| 18 | Tax-exempt income and nondeductible expenses | |
| 19 | Distributions | |
| 20 | Other information | |
| 21 | Foreign taxes paid or accrued | |

22 ☐ More than one activity for at-risk purposes*
23 ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

## Part I — Information About the Partnership

**A** Partnership's employer identification number: ███████

**B** Partnership's name, address, city, state, and ZIP code
PARK AVE CAPITAL III LLC
10 PARK SLOPE TERRACE
Lakewood, NJ 08701

**C** IRS center where partnership filed return: e-file

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II — Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.) — Partner: 2
███████

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.
MORDECHAI BERENFELD
5 SHILOH RD
LAKEWOOD, NJ 08701

**G** ☐ General partner or LLC member-manager   ☐ Limited partner or other LLC member

**H1** ☐ Domestic partner   ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____   Name _____

**I1** What type of entity is this partner?

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 2.000000% | 2.000000% |
| Loss | 2.000000% | 2.000000% |
| Capital | 2.000000% | 2.000000% |

Check if decrease is due to sale or exchange of partnership interest ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ | $ |

☐ Check this box if item K includes liability amounts from lower-tier partnerships

**L** Partner's Capital Account Analysis

| | |
|---|---|
| Beginning capital account | $ 75,000 |
| Capital contributed during the year | $ |
| Current year net income (loss) | $ -27,465 |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals and distributions | $ ( ) |
| Ending capital account | $ 47,535 |

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning $ _____
Ending $ _____

For Paperwork Reduction Act Notice, see the Instructions for Form 1065.   www.irs.gov/Form1065   Schedule K-1 (Form 1065) 2022
HTA

651121

| | Final K-1 | | Amended K-1 | OMB No. 1545-0123 |

## Schedule K-1 (Form 1065)
Department of the Treasury
Internal Revenue Service

**2022**
For calendar year 2022, or tax year
beginning _____  ending _____

**Partner's Share of Income, Deductions, Credits, etc.** — See separate instructions.

### Part III — Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| Box | Item | Amount | Box | Item | Amount |
|---|---|---|---|---|---|
| 1 | Ordinary business income (loss) | -61,796 | 14 | Self-employment earnings (loss) | |
| 2 | Net rental real estate income (loss) | | | | |
| 3 | Other net rental income (loss) | | 15 | Credits | |
| 4a | Guaranteed payments for services | | | | |
| 4b | Guaranteed payments for capital | | 16 | Schedule K-3 is attached if checked . . . . . . . ☐ | |
| 4c | Total guaranteed payments | | 17 | Alternative minimum tax (AMT) items | |
| 5 | Interest income | | | | |
| 6a | Ordinary dividends | | | | |
| 6b | Qualified dividends | | 18 | Tax-exempt income and nondeductible expenses | |
| 6c | Dividend equivalents | | | | |
| 7 | Royalties | | | | |
| 8 | Net short-term capital gain (loss) | | | | |
| | | | 19 | Distributions | |
| 9a | Net long-term capital gain (loss) | | | | |
| 9b | Collectibles (28%) gain (loss) | | 20 | Other information | |
| 9c | Unrecaptured section 1250 gain | | | | |
| 10 | Net section 1231 gain (loss) | | | | |
| 11 | Other income (loss) | | | | |
| 12 | Section 179 deduction | | 21 | Foreign taxes paid or accrued | |
| 13 | Other deductions | | | | |

### Part I — Information About the Partnership

**A** Partnership's employer identification number
▉▉▉▉▉▉▉▉▉

**B** Partnership's name, address, city, state, and ZIP code
PARK AVE CAPITAL III LLC
10 PARK SLOPE TERRACE
Lakewood, NJ 08701

**C** IRS center where partnership filed return: e-file

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II — Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)  Partner: 9
▉▉▉▉▉▉▉▉▉

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.
ELI EISENBACH
40 MIDDLETOWN ST
BROOKLYN, NY 11206

**G** ☐ General partner or LLC member-manager    ☐ Limited partner or other LLC member

**H1** ☐ Domestic partner    ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____  Name _____

**I1** What type of entity is this partner? _____
**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 4.500000% | 4.500000% |
| Loss | 4.500000% | 4.500000% |
| Capital | 4.500000% | 4.500000% |

☐ Check if decrease is due to sale or exchange of partnership interest

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ | $ |

☐ Check this box if item K includes liability amounts from lower-tier partnerships

**L** Partner's Capital Account Analysis

| | |
|---|---|
| Beginning capital account | $ 150,000 |
| Capital contributed during the year | $ |
| Current year net income (loss) | $ -61,796 |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals and distributions | $ ( ) |
| Ending capital account | $ 88,204 |

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . $ _____
Ending . . . . . $ _____

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

For IRS Use Only

For Paperwork Reduction Act Notice, see the Instructions for Form 1065.    www.irs.gov/Form1065    Schedule K-1 (Form 1065) 2022
HTA

651121

| | | |
|---|---|---|
| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0123 |

## Schedule K-1 (Form 1065) 2022

Department of the Treasury
Internal Revenue Service

For calendar year 2022, or tax year

beginning _____ ending _____

**Partner's Share of Income, Deductions, Credits, etc.** See separate instructions.

### Part III — Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) | -61,796 | 14 | Self-employment earnings (loss) |
| 2 | Net rental real estate income (loss) | | | |
| 3 | Other net rental income (loss) | | 15 | Credits |
| 4a | Guaranteed payments for services | | | |
| 4b | Guaranteed payments for capital | | 16 | Schedule K-3 is attached if checked . . . . ☐ |
| 4c | Total guaranteed payments | | 17 | Alternative minimum tax (AMT) items |
| 5 | Interest income | | | |
| 6a | Ordinary dividends | | | |
| 6b | Qualified dividends | | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | | |
| 7 | Royalties | | | |
| 8 | Net short-term capital gain (loss) | | | |
| | | | 19 | Distributions |
| 9a | Net long-term capital gain (loss) | | | |
| 9b | Collectibles (28%) gain (loss) | | 20 | Other information |
| 9c | Unrecaptured section 1250 gain | | | |
| 10 | Net section 1231 gain (loss) | | | |
| 11 | Other income (loss) | | | |
| 12 | Section 179 deduction | | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | | |

### Part I — Information About the Partnership

**A** Partnership's employer identification number
[redacted]

**B** Partnership's name, address, city, state, and ZIP code

PARK AVE CAPITAL III LLC
10 PARK SLOPE TERRACE
Lakewood, NJ 08701

**C** IRS center where partnership filed return: e-file

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II — Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)    Partner: 8
[redacted]

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

ZE ESTATES
90 HEWES ST
BROOKLYN, NY 11249

**G** ☐ General partner or LLC member-manager   ☐ Limited partner or other LLC member

**H1** ☐ Domestic partner   ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____  Name _____

**I1** What type of entity is this partner? _____
**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 4.500000% | 4.500000% |
| Loss | 4.500000% | 4.500000% |
| Capital | 4.500000% | 4.500000% |

Check if decrease is due to sale or exchange of partnership interest . . . ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ | $ |

☐ Check this box if item K includes liability amounts from lower-tier partnerships

**L** Partner's Capital Account Analysis

| | |
|---|---|
| Beginning capital account | $ 150,000 |
| Capital contributed during the year | $ |
| Current year net income (loss) | $ -61,796 |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals and distributions | $ ( ) |
| Ending capital account | $ 88,204 |

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . $ _____
Ending . . . . . $ _____

22 ☐ More than one activity for at-risk purposes*
23 ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

For IRS Use Only

For Paperwork Reduction Act Notice, see the Instructions for Form 1065.   www.irs.gov/Form1065   Schedule K-1 (Form 1065) 2022
HTA