# Exhibit J – Corporate Status Documents

# Exhibit J – Corporate Status Documents



# State of Louisiana

## Nancy Landry
### SECRETARY OF STATE

*As Secretary of State, of the State of Louisiana, I do hereby Certify that*

the attached document(s) of

**PARK CAPITAL ACQ LLC**

are true and correct and are filed in the Louisiana Secretary of State's Office.

```
44586628K    ORIGF    9/14/2021    3 page(s)
46082910     24 AR    8/20/2024    1 page(s)
```

In testimony whereof, I have hereunto set my hand and caused the Seal of my Office to be affixed at the City of Baton Rouge on,

February 19, 2025

*Nancy Landry*

*Secretary of State*
WEB 44586628K



**Certificate ID:** 11997818#VAR93
To validate this certificate, visit the following web site, go to **Business Services, Search for Louisiana Business Filings, Validate a Certificate**, then follow the instructions displayed.
www.sos.la.gov

STATE OF LOUISIANA

ARTICLES OF ORGANIZATION

(R.S. 12:1301)

**1. The name of this limited liability company is:**
PARK CAPITAL ACQ LLC

**2. This company is formed for the purpose of:**
ENGAGING IN ANY LAWFUL ACTIVITY FOR WHICH LIMITED LIABILITY COMPANIES MAY BE FORMED

**3. The duration of this limited liability company is: (may be perpetual)**:
PERPETUAL

**4. The company is**:
MEMBER-MANAGED

**Other provisions:**

**The filing of a false public record, with the knowledge of its falsity, is a crime, subjecting the filer to fine or imprisonment or both under R.S. 14:133.**

BY TYPING MY NAME BELOW, I HEREBY CERTIFY THAT I AM THE ORGANIZER.
**ELECTRONIC SIGNATURE:** ABRAHAM BODEK (9/13/2021)
**TITLE**: MEMBER

**LIMITED LIABILITY COMPANY INITIAL REPORT**

(R.S. 12:1305 (E))

**The name of this limited liability company is:**
PARK CAPITAL ACQ LLC

**The location and municipal address (not a P.O. Box only) of this limited liability company's registered office:**
201 RUE BEAUREGARD, STE 202 STE 202
LAFAYETTE, LA, 70508

**Mailing Address:**
426 HERBERTSVILLE RD FL 3
BRICK , NJ, 08724

**The full name and municipal address (not a P.O. Box only) of each of this limited liability company's registered agent(s) is/are:**
REGISTERED AGENTS INC.
201 RUE BEAUREGARD, STE. 202
LAFAYETTE, LA, 70508

**The name and municipal address (not a P.O. Box only) of the managers or members:**
ABRAHAM BODEK (MEMBER)
426 HERBERTSVILLE RD FL 3
BRICK, NJ, 08724

**The filing of a false public record, with the knowledge of its falsity, is a crime, subjecting the filer to fine or imprisonment or both under R.S. 14:133.**

BY TYPING MY NAME BELOW, I HEREBY CERTIFY THAT I AM THE ORGANIZER.
**ELECTRONIC SIGNATURE:** ABRAHAM BODEK (9/13/2021)
**TITLE**: MEMBER

**SECRETARY OF STATE**



# Agent Affidavit and Acknowledgement of Acceptance

**Charter Number:**   44586628K

**Charter Name:**   PARK CAPITAL ACQ LLC

**The agent / agents listed below accept the appointment of registered agent for and on behalf of the Charter Name above.**

| Date Responded | Agent(s) | Agent(s) Electronic Signature |
|---|---|---|
| 09/14/2021 | REGISTERED AGENTS INC. | BILL HAVRE |

**Nancy Landry**
**Secretary of State**



**LIMITED LIABILITY COMPANY**
**ANNUAL REPORT**
For Period Ending
9/14/2024


44586628K


2024

| Mailing Address Only (INDICATE CHANGES TO THIS ADDRESS IN THIS BOX) | | (INDICATE CHANGES TO THIS ADDRESS IN THIS BOX) |
|---|---|---|
| 44586628 K<br>PARK CAPITAL ACQ LLC<br><br>426 HERBERTSVILLE RD<br>FL 3<br>BRICK, NJ 08724 | 1 | Registered Office Address in Louisiana (Do not use P. O. Box)<br>201 RUE BEAUREGARD, STE 202<br>STE 202<br>LAFAYETTE, LA 70508<br><br>Federal Tax ID Number |

Our records indicate the following registered agents for the company. Indicate any changes or deletions below. All agents must have a Louisiana address. Do not use a P. O. Box.   A
**NEW REGISTERED AGENT REQUIRES A NOTARIZED SIGNATURE.**
REGISTERED AGENTS INC
   201 RUE BEAUREGARD, STE. 202  LAFAYETTE, LA 70508

I hereby accept the appointment of registered agent(s).

**New Registered Agent Signature**

Sworn to and subscribed before me on
NOTARY NAME MUST BE TYPED OR PRINTED WITH NOTARY #

**Notary Signature**    **Date**

This report reflects a maximum of three members/managers for the company. Indicate any changes or deletions below. Include a listing of all names and addresses. Do not use a P. O. Box. If additional space is needed attach an addendum. *Officer titles, such as president or secretary are not acceptable*.

ABRAHAM BODEK    Member
   426 HERBERTSVILLE RD FL 3 BRICK, NJ 08724

The filing of a false public record, with the knowledge of its falsity, is a crime, subjecting the filer to the fine or imprisonment or both under R.S. 14:133.

| **SIGN →** | To be signed by a manager, member, or agent<br>Robin Jones<br>(SIGNED ELECTRONICALLY) | Title<br>Authorized Representative | Phone | Date<br>08/20/2024 |
|---|---|---|---|---|
| | Signee's address | Email Address<br>ON FILE | | (For Office Use Only) |

Enclose filing fee of    $30.00    Return by:    9/14/2024
Make remittance payable to Secretary of State
**Do Not Send Cash**
**Do Not Staple**
web site: www.sos.louisiana.gov    **DO NOT STAPLE**

To:  Commercial Division
     P. O. Box 94125
     Baton Rouge, LA 70804-9125
     Phone (225) 925-4704

1

UNSIGNED REPORTS WILL BE RETURNED

# State Of Delaware

**\*\*THIS IS NOT AN OFFICAL CERTIFICATE OF STATUS\*\***

Date Retrieved: 2/19/2025 12:39:01PM

| | | | |
|---|---|---|---|
| File Number: | 6192010 | Incorporation Date / Formation Date: | 8/25/2021 |
| Entity Name: | PARK AVE CAPITAL III LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |
| Status: | Cancelled, Failure to appoint a R/A | Status as of: | 5/9/2024 |

## Registered Agent Information

| | | | |
|---|---|---|---|
| Name: | UNASSIGNED AGENT | | |
| Address: | | | |
| City: | | Country: | |
| State: | NullValue | Postal Code: | 95050 |
| Phone: | | | |

## Tax Information

| | | | |
|---|---|---|---|
| Last AnnualReport Filed: | 0 | Tax Due: | $ 300 |
| Annual Tax Assessment: | $300 | Total Authorized Shares: | |

## Filing History (Last 5 Filings)

| Seq | Description | No of Pages | Filing Date mm/dd/yyyy | Filing Time | Effective Date mm/dd/yyyy |
|---|---|---|---|---|---|
| 1 | Agent Resignation w/o Apt<BR>9020245 - HARVARD BUSINESS SERVICES, INC. | 1 | 20240409 | 154900 | 20240409 |
| 2 | LLC | 1 | 20210825 | 104800 | 20210825 |

**\*\*THIS IS NOT AN OFFICAL CERTIFICATE OF STATUS\*\***