# Exhibit K – Financials

| 12:10 PM | **Park Capital ACQ, LLC DBA Quality Inn** |
| 03/20/23 | **Profit & Loss** |
| Accrual Basis | January through December 2022 |

|  | Jan - Dec 22 |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     40001 · Sales - Taxable | 1,664,325.35 |
|     40002 · Sales - Non Taxable | 67,709.94 |
|   **Total Income** | 1,732,035.29 |
|   **Expense** | |
|     60000 · Administrative & General | |
|       60000.c · Commissions | 39,186.94 |
|       60000.e · Credit Card Fees | 41,931.04 |
|       60000.j · Payroll Expenses | |
|         6.j3 · Outside Services | 10,912.68 |
|         6.j6 · Employee Leasing | 387,088.76 |
|       **Total 60000.j · Payroll Expenses** | 398,001.44 |
|       60000.m · Security | 1,104.00 |
|       60000.n · Capex / Room Renovation | 0.00 |
|     **Total 60000 · Administrative & General** | 480,223.42 |
|     61000 · Management Fees | |
|       61000.a · Management Fees | 87,000.00 |
|     **Total 61000 · Management Fees** | 87,000.00 |
|     62000 · Operations | |
|       62000.a · Capital Improvements | 725.00 |
|       62000.b · Insurance | 44,092.49 |
|       62000.c · Landscaping | 2,959.92 |
|       62000.f · Taxes | |
|         62.f2 · Property Tax | 57,278.42 |
|         62000.f · Taxes - Other | 1,607.08 |
|       **Total 62000.f · Taxes** | 58,885.50 |
|     **Total 62000 · Operations** | 106,662.91 |
|     63000 · Rooms Expense | |
|       63000.d · Capex Supplies | 0.00 |
|       63000.e · Hotel Supplies | 243,340.07 |
|     **Total 63000 · Rooms Expense** | 243,340.07 |
|     64000 · Sales & Marketing | |
|       64000.b · Franchise Royalty | 160,250.53 |
|     **Total 64000 · Sales & Marketing** | 160,250.53 |
|   **Total Expense** | 1,077,476.93 |
| **Net Ordinary Income** | 654,558.36 |
| **Other Income/Expense** | |
|   **Other Income** | |
|     70000 · Other Income | 25,126.26 |
|   **Total Other Income** | 25,126.26 |

**12:10 PM**
**03/20/23**
**Accrual Basis**

# Park Capital ACQ, LLC DBA Quality Inn
## Profit & Loss
### January through December 2022

|  | Jan - Dec 22 |
|---|---:|
| **Other Expense** | |
|   80000 · Other Expenses | |
|     80000.c · Interest Expense - SBA | 323,918.85 |
|     80000.d · Interest Expense - Commercial | 114,365.34 |
|   **Total 80000 · Other Expenses** | 438,284.19 |
| **Total Other Expense** | 438,284.19 |
| **Net Other Income** | -413,157.93 |
| **Net Income** | **241,400.43** |

| | |
|---|---|
| 11:46 AM | **Park Capital ACQ, LLC DBA Quality Inn** |
| 08/31/22 | **Profit & Loss** |
| Accrual Basis | January through July 2022 |

|  | Jan - Jul 22 |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     40001 · Sales - Taxable | 1,099,994.92 |
|     40002 · Sales - Non Taxable | 39,375.97 |
|   **Total Income** | 1,139,370.89 |
|   **Expense** | |
|     60000 · Administrative & General | |
|       60000.c · Commissions | 25,358.90 |
|       60000.e · Credit Card Fees | 26,005.42 |
|       60000.j · Payroll Expenses | |
|         6.j3 · Outside Services | 7,075.33 |
|         6.j6 · Employee Leasing | 201,743.04 |
|       Total 60000.j · Payroll Expenses | 208,818.37 |
|       60000.m · Security | 1,104.00 |
|     Total 60000 · Administrative & General | 261,286.69 |
|     61000 · Management Fees | |
|       61000.a · Management Fees | 8,350.00 |
|     Total 61000 · Management Fees | 8,350.00 |
|     62000 · Operations | |
|       62000.b · Insurance | 31,523.61 |
|       62000.c · Landscaping | 2,959.92 |
|     Total 62000 · Operations | 34,483.53 |
|     63000 · Rooms Expense | |
|       63000.e · Supplies | 112,377.38 |
|     Total 63000 · Rooms Expense | 112,377.38 |
|     64000 · Sales & Marketing | |
|       64000.b · Franchise Royalty | 91,843.23 |
|     Total 64000 · Sales & Marketing | 91,843.23 |
|   **Total Expense** | 508,340.83 |
| **Net Ordinary Income** | 631,030.06 |
| **Other Income/Expense** | |
|   **Other Income** | |
|     70000 · Other Income | 15,477.61 |
|   **Total Other Income** | 15,477.61 |
|   **Other Expense** | |
|     80000 · Other Expenses | |
|       80000.c · Interest Expense - SBA | 133,349.29 |
|       80000.d · Interest Expense - Commercial | 47,093.94 |
|     Total 80000 · Other Expenses | 180,443.23 |
|   **Total Other Expense** | 180,443.23 |
| **Net Other Income** | -164,965.62 |
| **Net Income** | 466,064.44 |

12:39 PM
06/29/22
Accrual Basis

# Park Capital ACQ, LLC DBA Quality Inn
## Profit & Loss
### January through May 2022

|  | Jan - May 22 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
|     40001 · Sales - Taxable | 796,518.06 |
|     40002 · Sales - Non Taxable | 25,693.38 |
| **Total Income** | 822,211.44 |
| **Expense** | |
|   60000 · Administrative & General | |
|     60000.c · Commissions | 8,896.20 |
|     60000.e · Credit Card Fees | 16,932.47 |
|     60000.j · Payroll Expenses | |
|       6.j3 · Outside Services | 6,123.86 |
|       6.j6 · Employee Leasing | 116,364.66 |
|     Total 60000.j · Payroll Expenses | 122,488.52 |
|     60000.m · Security | 1,104.00 |
|     60000.n · Supplies | 6,000.00 |
|   Total 60000 · Administrative & General | 155,421.19 |
|   61000 · Management Fees | |
|     61000.a · Management Fees | 8,350.00 |
|   Total 61000 · Management Fees | 8,350.00 |
|   62000 · Operations | |
|     62000.b · Insurance | 25,239.17 |
|     62000.c · Landscaping | 2,959.92 |
|   Total 62000 · Operations | 28,199.09 |
|   63000 · Rooms Expense | |
|     63000.e · Supplies | 60,377.38 |
|   Total 63000 · Rooms Expense | 60,377.38 |
|   64000 · Sales & Marketing | |
|     64000.b · Franchise Royalty | 68,374.92 |
|   Total 64000 · Sales & Marketing | 68,374.92 |
| **Total Expense** | 320,722.58 |
| **Net Ordinary Income** | 501,488.86 |
| **Other Income/Expense** | |
| **Other Income** | |
|   70000 · Other Income | 11,492.33 |
| **Total Other Income** | 11,492.33 |
| **Other Expense** | |
|   80000 · Other Expenses | |
|     80000.c · Interest Expense - SBA | 85,702.06 |
|     80000.d · Interest Expense - Commercial | 30,274.39 |
|   Total 80000 · Other Expenses | 115,976.45 |
| **Total Other Expense** | 115,976.45 |
| **Net Other Income** | -104,484.12 |
| **Net Income** | **397,004.74** |